January 6th- Victim Impact Statement

Officer ND
Badge
Fourth District- Crime Suppression Team

I'm not one to give statements of my thoughts on January 6th or really any topic regarding the law enforcement work that I do or we do (referring to the men and women who wear the uniform), but I will give one today.

Unless you were there (January 6th) or do the job (law enforcement) especially in a major city, then you wouldnt understand one ounce of what my life is like, my thoughts regarding situations like this, or how and why WE do what WE do. I'm a private person and dont care to appease anyone when it comes to what they think should be said about a situation VS what needs to be said, January 6th for me is one that I will never forget.

My Squad is Rapid Response Squad CDU 42 or Civil Disturbance Unit 42. The number "4" stands for the District we are from, the Fourth District of the Metropolitan Police Department (D.C.), and the "2" stands for Rapid Response. Roughly 25-30 of us are all we have when it comes to a situation that is deemed necessary for us to put on our protective pads and helmet, we rely and trust one another 1000% and it's been that way since I came to CDU 42 roughly 5 years ago.

We were standing out along Constitution Avenue for High Visibility just watching the mass amount of people flow into then President's Trump speech and not a single issue arose. Until I heard on the radio roughly two hours later from then D.C. Police Inspector Robert Glover  "send me units here now!", that here he was referring to was the Capitol Grounds.

Shortly after that radio transmission he came over the radio zone and declared the situation a riot as you could hear the yelling and complete disarray in the background as if he was outnumbered 10,000 to 1. CDU 42 headed over and we got dressed in the vans and at the staging area less than two minutes away from the Capitol Grounds. I got my gear on as fast as I could and knew that this would be a different Civil Disturbance deployment. As soon as we approached the Capitol grounds I saw the sheer number of people and knew this was a losing battle for us but whatever it took we were going to accomplish the task that day which was to keep the Capitol in one piece.

Immediately as we entered the crowd of thousands I was called a traitor, a pig, told to give up my badge. The amount of "fuck you's" and the hatred coming from peoples voices was not unknown to me but just what exactly did they think would happen, that Law Enforcement would just let them take the Capitol building. That's not in my job description or anyone else who wears the uniform and swore an oath. If you don't understand it then that explains why you don't wear the badge and we choose too. Drop my badge and give up the very Oath that stands for what we were dealing with on that day, I don't think so. We were dropped off in the crowd, had

to fight our way to the front, and by fight I mean literally fight. 25-30 of us against thousands, fought our way to the front. Through smoke, debris, punches, slaps, and grabs.

I remember getting hit when I was fighting three guys at once and after I handled one individual by launching him into another I kept going after the other one, the only reason I didn't get farther was by the quick action of my partner who grabbed me by the back of the vest and pulled me back towards the group. When he did that only then did I know how far out I was which would result in me getting seriously injured or possibly killed.

That day only got worse as it went on, I was bear maced, OC sprayed, hit with flag poles, 2x4's, bricks, and a piece of the scaffolding which was thrown from the crowd fell on my right foot which was black by the time I got to take my boot off 10 hours later. By the time it was all said and done I didn't know what time it was but it was late. I had a moment inside the capitol building where we

We made it to the front through clouds of smoke bombs that rioters had lit. Eventually split into two groups after the line of the front had fallen and we had to get to higher ground. I stayed back with some of my partners at the bleacher and scaffolding area where rioters were trying to get through and others went inside towards the tunnel. I remember standing by the scaffolding which we were told to and knew not to let anyone through. As the rioters took buck knives and their hands and took down the tarp. Right where I had been standing not even 1 minute prior a man came and gouged his buck knife through the tarp and I used my baton to get his knife out of there.  If I had been standing there I most certainly would have been stabbed by that knife which had a gutting hook on it like most buck knives do because they are meant to take out whatever they hit and hook onto. I remember telling one of the rioters "you're there and i'm here, you made your choice".

By this point I was just waiting for the order to use lethal force, and I was ready too, we were out of munitions and the only option left was bullets. .I knew that option was a very real and possible one, if I died during that day then so be it. I wasn't thinking about death, I was thinking about the outcome: how did America get here. I'm a man under that uniform, a human being, flesh and blood like everyone else, I have a wife and four young daughters to get home too.

That day had an impact on me but not one that was detrimental to my health but one that helped it because I knew then and I still know now. Without the rule of law there would be no democracy, no safe place, and no order. The very ground we stand on we are able to stand on because it was fought for the right reasons not the wrong ones. And trying to take over the Capitol was the wrong way to do it.